# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 8:17CR61 |
| vs. | ) | |
| | ) | ORDER |
| SARA ELAINE BAILEY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on the government's Consent Motion to Continue Trial [51]. The government is scheduled in another matter in federal court as well as being out of the country for a period. The defendant does not object to the continuance. Good cause being shown, the motion shall be granted and the trial shall be continued.

**IT IS ORDERED** that the motion to continue trial is granted, as follows:

1. The jury trial currently scheduled set for September 25, 2017 is continued to **December 18, 2017.**

2. The time between today's date and the commencement of trial is deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason that in continuing trial the ends of justice outweigh the best interest of the public and Defendant in a speedy trial and for the reasons set out in the government's motion to continue trial, See 18 U.S.C. § 3161(7)(A).

3. A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than **September 18, 2017.** The objecting party must comply with all requirements of NECrimR 59.2.

**DATED September 11, 2017.**

BY THE COURT:

s/ Susan M. Bazis
**United States Magistrate Judge**