IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR61 |
| vs. | |
| SARA ELAINE BAILEY, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Sara Elaine Bailey's ("Bailey") Motion in Limine (Filing No. 50). Bailey asks the Court to prohibit the government from introducing evidence of her "criminal history" and "any references to the matters discussed at the Motion to Suppress hearing," specifically speculation on those matters without supporting evidence.

Bailey failed to include a brief with her motion and therefore provides no specifics as to the nature of the evidence she seeks to exclude.[1] The government has not responded to the motion.

While Bailey's request to exclude her "criminal history" or any "speculative evidence" may have some merit, the Court cannot resolve these issues until it has received details as to what evidence will be offered at trial, the purpose of such evidence, and the specific basis for any objections.

Bailey's Motion in Limine (Filing No. 50) is denied in all respects without prejudice to her ability to raise the issues again at trial.

IT IS SO ORDERED.

---

[1] The Court notes that it "may treat a party's failure to simultaneously file a brief as an abandonment of the motion." NECrimR 12.3(b)(1).

Dated this 11th day of September, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge