IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:17CR61 |
| vs. | |
| SARA ELAINE BAILEY, a/k/a Sara Northan, | PRELIMINARY ORDER OF FORFEITURE |
| Defendant. | |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 63). The Court has carefully reviewed the record in this case and finds as follows:

1. On February 9, 2018, the Defendant Sara Elaine Bailey ("Bailey") pled guilty pursuant to a written Plea Agreement (Filing No. 62) to Count I of the Indictment and admitted the Forfeiture Allegation.

2. Count I of the Indictment charged Bailey with knowingly and intentionally using any facility in interstate commerce and traveling between the State of California and the State of Indiana with the intent to distribute the proceeds of an unlawful activity and with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving the distribution of narcotics or controlled substances, in violation of Title 21, United States Code, Sections 841, and conspiracy to distribute narcotics or controlled substances, in violation of Title 21, United States Code, Section 846, and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity and performed and attempted to perform an act to promote, manage,

establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, in violation of 18 U.S.C. §§ 1952(a)(l) and (a)(3). The Forfeiture Allegation in the Indictment sought the forfeiture, pursuant to 18 U.S.C. §§ 981(a)(l)(C), 1961(1)(B), and 28 U.S.C. §§ 2461(c), of $179,285 in U.S. currency seized by the Nebraska State Patrol during a traffic stop of Bailey on Interstate 80 in Seward County, Nebraska, on September 1, 2016, which constitutes or is derived from proceeds traceable to a violation of 18 U.S.C. § 1952.

3. By virtue of her plea and admission, Bailey forfeits her interest in the $179,285 in United States currency and the government should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 63) is granted.

2. Based upon the Forfeiture Allegation of the Indictment and Bailey's plea of guilty, the government is hereby authorized to seize the $179,285 in United States currency.

3. Bailey's interest in the $179,285 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The aforementioned currency is to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government forthwith shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the currency in such manner as the Attorney General may direct,

and notice that any person, other than Bailey, having or claiming a legal interest in any of the subject currency must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the subject currency and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the currency subject to this Preliminary Order of Forfeiture as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 13th day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.,
United States District Judge