IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     vs.<br><br>SARA ELAINE BAILEY,<br>a/k/a Sara Northan,<br><br>                Defendant. | **8:17CR61**<br><br>**FINAL ORDER<br>OF FORFEITURE** |

This matter is before the Court on the government's Motion for Final Order of Forfeiture (Filing No. 67). The Court has reviewed the record in this case and finds as follows:

1. On February 13, 2018, the Court entered a Preliminary Order of Forfeiture (Filing No. 64) pursuant to 21 U.S.C. §§ 841, 846, 853 and 18 U.S.C. §§ 1952(a)(l) and (a)(3), based upon the defendant's pleading guilty to Count I and admitting the Forfeiture Allegation of the Indictment. By way of the defendant's admission and the Preliminary Order of Forfeiture, the defendant's interest in $179,285 in United States currency seized during a traffic stop of the defendant on September 1, 2016, was forfeited to the government.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on February 14, 2018, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The government has filed a Declaration of Publication in this case on April 17, 2018 (Filing No. 66).

3. The Court's review of the file confirms the government's assertion that no Petitions have been filed.

4. The government's Motion for Final Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Final Order of Forfeiture (Filing No. 67) is granted.

2. All right, title and interest in and to the seized $179,285 in United States currency held by any person or entity, other than the government, is hereby forever barred and foreclosed.

3. The $179,285 in United States currency is forfeited to the government.

4. The government is directed to dispose of the $179,285 in United States currency in accordance with law.

Dated this 20th day of July, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge